No. 257. JONES *v.* LYKES BROTHERS STEAMSHIP CO., INC. C. A. 2d Cir. Certiorari denied. *Charles Andrews Ellis* and *Silas Blake Axtell* for petitioner. *Arthur M. Boal* for respondent.

No. 258. UNITED STATES EX REL. CARROLLO *v.* BODE, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied. *Richard P. Shanahan* and *James Daleo* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 259. BANKS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joseph B. Keenan* and *Alvin O. West* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Murray L. Schwartz* for the United States.

No. 177. MCELROY *v.* MCELROY; and
No. 245. MCELROY *v.* COBOURN ET AL., DOING BUSINESS AS COBOURN, YAGER, NOTNAGEL, SMITH & MORAN. Court of Appeals of Ohio, Sixth Appellate District. Certiorari denied.

No. 190. INTERNATIONAL WORKERS ORDER, INC. *v.* NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE, ET AL.; and
No. 283. SELIGSON ET AL. *v.* NEW YORK, BY BOHLINGER, SUPERINTENDENT OF INSURANCE. Court of Appeals of New York. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Osmond K. Fraenkel, Frank J. Donner* and *Arthur Kinoy* for petitioner in No. 190. *Milton H. Friedman* and *Thomas Russell Jones* for petitioners in No. 283. *Paul W. Williams* and *James B. Henry, Jr.,*